# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DS DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge Virginia A Phillips

From: L. Murray, Deputy Clerk Date Received: 12/28/2016

Case No.: EDCV16-02647 UA Case Title: i: michael jay hughes a man

Document Entitled: (owner of the property MICHAEL JAY HUGHES)

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 Documents must be filed electronically
- ☐ Local Rule 6-1 Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 Document not legible
- ☐ Local Rule 11-3.8 Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 No copy provided for judge
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 No letters to the judge
- ☐ Fed. R. Civ. P. 5 No proof of service attached to document(s)
- ☑ Other: Because this document is not directly or indirectly related to a civil or criminal case pending within this district and because no case has been presented, Judicial review prior to filing is requir

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date U.S. District Judge / U.S. Magistrate Judge

☑ The document is NOT to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

1/3/17
Date U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE COPY 2 -JUDGE COPY 3 -SIGNED & RETURNED TO FILER COPY 4 -FILER RECEIPT

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FIL D On Demand

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
2016 DEC 28 AM 11:08
BY

George Brown Federal Building

3470 12th Street Riverside California 92501-3801

COUNTY OF RIVERSIDE STATE OF CALIFORNIA

In The Hughes Court : Court Of Record

ED CV16-02647 PSG (KKx)

I: michael jay hughes a man ( owner of the property MICHAEL JAY HUGHES )

Aggrieved – Wronged – Harmed

Claimant

---

Wrongdoers

Chris Bates a man and CHRIS BATES A PERSON acting as an OFFICER OF THE CALIFORNIA HIGHWAY PATROL station location 31230 Hilltop Blvd. Running Springs California 92382

Michael Cronshey a man and owner of Mountain Auto and Towing location 27562 Rim Of The World Lake Arrowhead California 92352

Order

CLAIMS : TRESPASS AND ORDER FOR THE IMMEDIATE

## RESTORATION OF MY PRIVATE PROPERTY AND COMPENSATION

A 1989 Lincoln Town Car Limousine Vin # 1LNBMB1F7KY618947 and one hundred and fifty dollars per day from each wrongdoer commencing on December 10 2016 when my private property was robbed from me by force and color of law and right to travel as a man was breeched all under duress. My property is being held by force at Mountain Auto and Towing

I a man michael jay hughes herein to be true – my word is my bond - all rights reserved

NOTICE TO OFFFICERS OF THE COURT: Upon penalty for TRESPASS upon my case this is a common law claim in a Court of Record. Claimant at no time will be presumed a Plaintiff or my claim a Complaint.

December 27 2016

# NOTICE OF STORED VEHICLE (22852 CVC)

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY ☐ | FILE NO. |
|---|---|---|---|---|
| CHP | [illegible] | [illegible] | | |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? ☒ YES ☐ NO / LIC. CLEAR IN SVS? ☐ YES ☒ NO | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|
| [illegible] | [illegible] | | [illegible] | [illegible] |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. ☒ ONE ☒ TWO | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☒ OFFICER ☐ OWNER — ☐ 0-500 ☒ 501-4000 ☐ 4001+ ☐ $ |
|---|---|---|
| [illegible] | [illegible] | |

REGISTERED OWNER

[illegible]

☒ SAME AS R/O — LEGAL OWNER

☐ STORED ☒ IMPOUNDED ☐ RELEASED ☐ RECOVERED - VEHICLE / COMPONENT

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
|---|---|
| [illegible] | [illegible] |

| REASON FOR STOP | AIRBAG? | DRIVEABLE? | VIN SWITCHED? |
|---|---|---|---|
| [illegible] | ☐ YES ☒ NO ☐ 1 ☐ 2 | ☒ YES ☐ NO ☐ JUNK ☐ UNK | ☐ YES ☒ NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | X | | SEAT (FRONT) | X | | REGISTRATION | | X | CAMPER | | X | LEFT FRONT | [illegible] |
| BURNED HULK per 431(c) CVC | | X | SEAT (REAR) | X | | ALT. / GENERATOR | X | | VESSEL AS LOAD | | X | RIGHT FRONT | |
| VANDALIZED | | X | RADIO | | X | BATTERY | X | | FIREARMS | | X | LEFT REAR | |
| ENG. / TRANS. STRIP | | X | TAPE DECK | | X | DIFFERENTIAL | X | | OTHER | | X | RIGHT REAR | X |
| MISC. PARTS STRIP | | X | TAPES | | X | TRANSMISSION | X | | | | | SPARE | |
| BODY METAL STRIP | | X | OTHER RADIO | | X | AUTOMATIC | X | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | X | IGNITION KEY | X | | MANUAL | | X | | | | SPECIAL WHEELS | |

RELEASE VEHICLE TO: ☐ R/O OR AGENT ☒ AGENCY HOLD ☒ 22850.3 CVC

GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) — DATE / TIME

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE |
|---|---|---|
| | | |

CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON AUTHORIZING RELEASE

SIGNATURE OF PERSON TAKING POSSESSION

**SEE REVERSE FOR INFORMATION**

# STATE OF NEVADA
## DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE

| VIN | YEAR | MAKE | MODEL | VEHICLE BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1LNBM81F7KY618947 | 1989 | LINC | TOWN CAR | P4D | NV005642391 |

| DATE ISSUED | ODOMETER MILES | FUEL TYPE | SALES TAX PD | EMPTY WT | GROSS WT | GVWR |
|---|---|---|---|---|---|---|
| 09/10/2012 | | G | | | | |

| VEHICLE COLOR | ODOMETER BRAND | BRANDS |
|---|---|---|
| | EXEMPT | |

**OWNER(S) NAME AND ADDRESS**

HUGHES MICHAEL JAY
26215 DESERT VIEW AVE
APPLE VALLEY CA 92308-0317

**LIENHOLDER NAME AND ADDRESS**

**LIENHOLDER RELEASE -** INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED:

SIGNATURE OF AUTHORIZED AGENT ____ DATE ____

PRINTED NAME OF AGENT AND COMPANY ____

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**
The undersigned hereby certifies the vehicle described in this title has been transferred to the following buyer(s):

**Printed Full Legal Name of Buyer** ____ **Nevada Driver's License Number or Identification Number** ____ ☐ AND ☐ OR

**Printed Full Legal Name of Buyer** ____ **Nevada Driver's License Number or Identification Number** ____

**Address** ____ **City** ____ **State** ____ **Zip Code** ____

**I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.**

**ODOMETER READING** ____ **NO TENTHS**

- ☐ **The mileage stated is in excess of its mechanical limits.**
- ☐ **The odometer reading is not the actual mileage. WARNING: ODOMETER DISCREPANCY.**
- ☐ **Exempt - Model year over 9 years old.**

Signature of Seller(s)/Agent/Dealership ____ Printed Name of Seller(s)/Agent/Dealership ____

**I am aware of the above odometer certification made by the seller/agent.** ☐ Dealer's License Number ____ **Date of Sale** ____

**Signature of Buyer** ____ **Printed Full Legal Name of Buyer** ____

**ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR VEHICLES, THE PERSON NAMED HEREON IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE, SUBJECT TO LIEN AS SHOWN.**

CONTROL NO.
7983740
(THIS IS NOT A TITLE NO.)

VP-2 (Rev. 8/10)

**ALTERATION OR ERASURE VOIDS THIS TITLE**

(3)

## Hughes Court ; A Court Of Record

## San Bernardino County

## STATE OF CALIFORNIA

# NOTICE

A man Michael Jay Hughes ; aggrieved , wronged and secured party prosecutor, common law claim

---

Chris Bates id # 18392

Wrongdoer - a man acting as an officer of the corporation CALIFORNIA HIGHWAY PATROL within the STATE OF CALIFORNIA another corporation on December 10 2016 in San Bernardino county committed the following unlawful actions

Tresspass – Robbery – Extortion – Fraud –

No one has the power to turn a right into a crime

A man or woman traveling in their own private property and not in commerce does not lawfully have to register their property to another corporation DEPARTMENT OF MOTOR VEHICLES or provide insurance on said property and if over the age of eighteen years does not need a state issued license.

## REQUIRE IMMEDIATE RESTORATION OF PROPERTY

---

# NOTICE

To any legal fiction acting as a police officer – highway patrol or sheriff represesenting another fiction (STATE OF CALIFORNIA or any other corporation within the corporation of the UNITED STATES ). You have only jurisdiction or authority over anyone working for these corporations – not a man or woman traveling on public roads.

Michael Jay Hughes owner of the name MICHAEL JAY HUGHES ( UCC filing from Oklahoma and a ficticious business name filing from San Bernardino county in the STATE OF CALIFORNIA a corporation ). A man who is not involved with commerce or bound by any codes or statutes that unlawfully impede on my right to travel or movement in my own PERSONAL PROPERTY from one destination to another.

The man or woman acting as some law enforcement agency does not have the permission to use the all capitalization of my birth name MICHAEL JAY HUGHES to use this name on any document (ticket or infraction ) or you will be held liable for a 35,000.00 lien for copyright infringement. This will be due within 30 days in lawful money in the form of gold or silver or silver certificates.

A man or woman traveling at least 18 years of age that held a license from age 16-18 can travel the public roads and highways without a corporate issued license or registration of private property or insurance. NO MAN OR WOMAN ACTING AS AN AGENT CAN LAWFULLY TURN A RIGHT INTO A CRIME ----------------------------------

michael jay hughes December 1 2016 **UCC1-308**

**This is a public building and for the benefit of man**

**No license or fee required**

**This is my common law claim and a king does not pay for his court**

**RIGHT TO OBTAIN RIGHT AND JUSTICE FREELY WITHOUT BEING OBLIGED TO PURCHASE IT – PROMPTLY AND WITHOUT DELAY**

**No one has my permission or right to trespass on my claim**

**If an agent of this courthouse breeches my right for my court then I will file a claim on their official and or surety bond**

**Michael Jay Hughes**

**26215 Desert View**

**Apple Valley California 92308**

**909 600 8103**

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

. iled on Demand

FILED
2016 DEC 28 AM 11:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY

George E Brown Federal Building

3470 12th Street Riverside California 92501-3801

COUNTY OF RIVERSIDE STATE OF CALIFORNIA

In The Hughes Court : Court Of Record

ED CV16-02647 PSG (KK)

I: michael jay hughes a man ( owner of the property MICHAEL JAY HUGHES )

Aggrieved – Wronged – Harmed

Claimant

---

Wrongdoers

Chris Bates a man and CHRIS BATES A PERSON acting as an OFFICER OF THE CALIFORNIA HIGHWAY PATROL station location 31230 Hilltop Blvd. Running Springs California 92382

Michael Cronshey a man and owner of Mountain Auto and Towing location 27562 Rim Of The World Lake Arrowhead California 92352

Order

CLAIMS : TRESPASS AND ORDER FOR THE IMMEDIATE

## RESTORATION OF MY PRIVATE PROPERTY AND COMPENSATION

A 1989 Lincoln Town Car Limousine Vin # 1LNBMB1F7KY618947 and one hundred and fifty dollars per day from each wrongdoer commencing on December 10 2016 when my private property was robbed from me by force and color of law and right to travel as a man was breeched all under duress. My property is being held by force at Mountain Auto and Towing

I a man michael jay hughes herein to be true – my word is my bond - all rights reserved

NOTICE TO OFFFICERS OF THE COURT: Upon penalty for TRESPASS upon my case this is a common law claim in a Court of Record. Claimant at no time will be presumed a Plaintiff or my claim a Complaint.

December 27 2016

# NOTICE OF STORED VEHICLE (22852 CVC)

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | FILE NO. |
|---|---|---|---|---|
| CHP | [illegible] | [illegible] | ☐ | |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? ☒ YES ☐ NO / LIC. CLEAR IN SVS? ☐ YES ☒ NO | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|
| [illegible] | [illegible] | | [illegible] | [illegible] |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☒ ONE ☒ TWO | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | |

VEHICLE IDENTIFICATION NO. [illegible]

ENGINE NO. [illegible]

VALUATION BY ☐ OFFICER ☐ OWNER — ☐ 0-500 ☒ 501-4000 ☐ 4001+ ☐ $

REGISTERED OWNER: [illegible]

☒ SAME AS R/O — LEGAL OWNER

☐ **STORED** ☒ **IMPOUNDED** ☐ **RELEASED** ☐ **RECOVERED - VEHICLE / COMPONENT**

TOWING / STORAGE CONCERN *(NAME, ADDRESS, PHONE)*: [illegible]

STORAGE AUTHORITY / REASON: [illegible]

REASON FOR STOP: [illegible]

AIRBAG? ☐ YES ☒ NO ☐ 1 ☐ 2

DRIVEABLE? ☒ YES ☐ NO ☐ JUNK ☐ UNK

VIN SWITCHED? ☐ YES ☒ NO

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | X | | SEAT (FRONT) | X | | REGISTRATION | | X | CAMPER | | X | LEFT FRONT | [illegible] |
| BURNED HULK per 431(c) CVC | | X | SEAT (REAR) | X | | ALT. / GENERATOR | X | | VESSEL AS LOAD | | X | RIGHT FRONT | |
| VANDALIZED | | X | RADIO | | X | BATTERY | X | | FIREARMS | | X | LEFT REAR | |
| ENG. / TRANS. STRIP | | X | TAPE DECK | | X | DIFFERENTIAL | X | | OTHER | | X | RIGHT REAR | X |
| MISC. PARTS STRIP | | X | TAPES | | X | TRANSMISSION | X | | | | | SPARE | |
| BODY METAL STRIP | | X | OTHER RADIO | | X | AUTOMATIC | X | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | X | IGNITION KEY | X | | MANUAL | | X | | | | SPECIAL WHEELS | |

RELEASE VEHICLE TO: ☐ R/O OR AGENT ☒ AGENCY HOLD ☒ 22850.3 CVC

GARAGE PRINCIPAL / AGENT STORING VEHICLE *(SIGNATURE)*: [signature] — DATE / TIME: [illegible]

NAME OF PERSON / AGENCY AUTHORIZING RELEASE — I.D. NO. — DATE

CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON AUTHORIZING RELEASE — SIGNATURE OF PERSON TAKING POSSESSION

**SEE REVERSE FOR INFORMATION**

(2)

# STATE OF NEVADA
## DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE

| VIN | YEAR | MAKE | MODEL | VEHICLE BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1LNBM81F7KY618947 | 1989 | LINC | TOWN CAR | P4D | NV005642391 |

| DATE ISSUED | ODOMETER MILES | FUEL TYPE | SALES TAX PD | EMPTY WT | GROSS WT | GVWR |
|---|---|---|---|---|---|---|
| 09/10/2012 | | G | | | | |

| VEHICLE COLOR | ODOMETER BRAND | BRANDS |
|---|---|---|
| | EXEMPT | |

**OWNER(S) NAME AND ADDRESS**

HUGHES MICHAEL JAY
26215 DESERT VIEW AVE
APPLE VALLEY CA 92308-0317

**LIENHOLDER NAME AND ADDRESS**

**LIENHOLDER RELEASE -** INTEREST IN THE VEHICLE DESCRIBED ON THIS TITLE IS HEREBY RELEASED:

SIGNATURE OF AUTHORIZED AGENT DATE

PRINTED NAME OF AGENT AND COMPANY

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**
The undersigned hereby certifies the vehicle described in this title has been transferred to the following buyer(s):

**Printed Full Legal Name of Buyer** **Nevada Driver's License Number or Identification Number** ☐ AND ☐ OR

**Printed Full Legal Name of Buyer** **Nevada Driver's License Number or Identification Number**

**Address** **City** **State** **Zip Code**

**I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.**

**ODOMETER READING** NO TENTHS
- ☐ The mileage stated is in excess of its mechanical limits.
- ☐ The odometer reading is not the actual mileage. WARNING: ODOMETER DISCREPANCY.
- ☐ Exempt - Model year over 9 years old.

Signature of Seller(s)/Agent/Dealership Printed Name of Seller(s)/Agent/Dealership

**I am aware of the above odometer certification made by the seller/agent.** ☐ Dealer's License Number ______ **Date of Sale** ______

**Signature of Buyer** **Printed Full Legal Name of Buyer**

**ACCORDING TO THE RECORDS OF THE DEPARTMENT OF MOTOR VEHICLES, THE PERSON NAMED HEREON IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE, SUBJECT TO LIEN AS SHOWN.**

CONTROL NO.
7903794C
(THIS IS NOT A TITLE NO.)

VP-2 (Rev. 8/10)

**ALTERATION OR ERASURE VOIDS THIS TITLE**

(3)

## Hughes Court ; A Court Of Record

## San Bernardino County

## STATE OF CALIFORNIA

# NOTICE

A man Michael Jay Hughes ; aggrieved , wronged and secured party prosecutor, common law claim

---

Chris Bates id # 18392

Wrongdoer - a man acting as an officer of the corporation CALIFORNIA HIGHWAY PATROL within the STATE OF CALIFORNIA another corporation on December 10 2016 in San Bernardino county committed the following unlawful actions

Tresspass – Robbery – Extortion – Fraud –

No one has the power to turn a right into a crime

A man or woman traveling in their own private property and not in commerce does not lawfully have to register their property to another corporation DEPARTMENT OF MOTOR VEHICLES or provide insurance on said property and if over the age of eighteen years does not need a state issued license.

## REQUIRE IMMEDIATE RESTORATION OF PROPERTY

---

# NOTICE

To any legal fiction acting as a police officer – highway patrol or sheriff represesenting another fiction (STATE OF CALIFORNIA or any other corporation within the corporation of the UNITED STATES ). You have only jurisdiction or authority over anyone working for these corporations – not a man or woman traveling on public roads.

Michael Jay Hughes owner of the name MICHAEL JAY HUGHES ( UCC filing from Oklahoma and a ficticious business name filing from San Bernardino county in the STATE OF CALIFORNIA a corporation ). A man who is not involved with commerce or bound by any codes or statutes that unlawfully impede on my right to travel or movement in my own PERSONAL PROPERTY from one destination to another.

The man or woman acting as some law enforcement agency does not have the permission to use the all capitalization of my birth name MICHAEL JAY HUGHES to use this name on any document (ticket or infraction ) or you will be held liable for a 35,000.00 lien for copyright infringement. This will be due within 30 days in lawful money in the form of gold or silver or silver certificates.

A man or woman traveling at least 18 years of age that held a license from age 16-18 can travel the public roads and highways without a corporate issued license or registration of private property or insurance. NO MAN OR WOMAN ACTING AS AN AGENT CAN LAWFULLY TURN A RIGHT INTO A CRIME ----------------------------------

michael jay hughes December 1 2016 **UCC1-308**