# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge Phillips

From: L. Murray, Deputy Clerk Date Received: 01/05/2017

Case No.: EDCV16-02647 UA Case Title: Re: Michael Jay Hughes

Document Entitled: Letter documents re fee payment.

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 Documents must be filed electronically
- ☐ Local Rule 6-1 Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 Document not legible
- ☐ Local Rule 11-3.8 Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 No copy provided for judge
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☑ Local Rule 83-2.5 No letters to the judge
- ☐ Fed. R. Civ. P. 5 No proof of service attached to document(s)
- ☐ Other: ______

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date ______ U.S. District Judge / U.S. Magistrate Judge ______

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date 1/24/17 U.S. District Judge / U.S. Magistrate Judge [signature]

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE COPY 2 -JUDGE COPY 3 -SIGNED & RETURNED TO FILER COPY 4 -FILER RECEIPT

RECEIVED BUT NOT Filed

CLERK, U.S. DISTRICT COURT
JAN - 5 2017
CENTRAL DISTRICT OF CALIFORNIA
BY

GUASTI POST OFFICE
JAN - 3 2017
GUASTI CA 91743

Michael Jay Hughes 26215 Desert View Apple Valley California (92308)

Michael Jay Hughes a man that owns the property MICHAEL JAY HUGHES

Appeared as a man not a legal person December 26 2016 at the address of 3470 12th Street in Riverside at the George E Brown Federal Building to file into Federal Court a Common Law Claim as the Claimant.

NOT A LEGAL PERSON OR A PLAINTIFF as expressed in my claim under TRESPASS upon my case this is a Common Law Claim. CLAIMANT AT NO TIME WILL BE PRESUMED A PLAINTIFF OR MY CLAIM A COMPLAINT. Any man or woman acting as an agent of the court that trespass on my claim will be required to supply their official and or surety bond to me upon request and without delay

Also my property MICHAEL JAY HUGHES is not to be used without my consent or a claim will be filed for copyright infringement and a fee of $ 35,000.00 will be charged for the unlawful use of my property. NO MAN OR WOMAN ACTING AS AN AGENT OF THE COURT AT THE COURT HOUSE WHERE MY CLAIM WAS FILED HAS MY PERMISSION TO USE MY PROPERTY. Any and all correspondence will be to the living person and man Michael Jay Hughes or michael jay hughes.

Filing Fees – Since this is a Common Law Claim not a Civil case and the court will be the Hughes court there are no fees applicable for this – a king does not pay for his court. This is a public building and for the benefit of man- That every man, for any injury done to him or his person or property to have remedy by the course of law of the land, and ought to have justice and right freely without sale fully and without denial and speedy without delay. Courts of Justice shall be open to every person, and certain remedy afforded for every person, property or character. Right and justice shall be administered without sale denial or delay

Michael Jay Hughes a man created this document 12:15 pm on January 2 2017

KIRY K. GRAY
Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

MICHAEL JAY HUGHES
26215 Desert View Ave
Apple Valley CA 92308-0317

POST OFFICE GUASTI JAN - 3 2017 GUASTI CA 91743

Dear Sir or Madam,

Your complaint has been lodged and assigned a civil case number EDCV16-02647 PSG (KKx).

Upon the submission of your complaint, the following discrepancy was found:

☐ ***You have submitted a personal check.***

Please be advised that personal checks are not accepted. Your check will be returned to you by our Fiscal Department. Please send a cashier's check or money order to one of the appropriate addresses listed at the top of the page. Be sure to reference the civil case number on your payment.

☒ ***You have not submitted the entire filing fee amount of $400.***

If you are unable to pay the entire filing fee at this time, you must sign and complete the enclosed form, *Declaration in Support of Request to Proceed in Forma Pauperis* (CV-60), in it's entirety.

If you do not respond within THIRTY DAYS from the date below, your action will be dismissed. If your fee waiver application or payment is received within THIRTY DAYS, judges will be assigned to your case.

Sincerely,

Clerk, U. S. District Court

December 28, 2016
Date

By: L. Murray
Deputy Clerk

enclosures: CV-60

GUASTI POST OFFICE JAN -3 2017 GUASTI CA 91743

FILED

2016 DEC 28 AM 11:

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

George E Brown Federal Bldg.

3470 12th Street Riverside California 92501-3801

COUNTY OF RIVERSIDE STATE OF CALIFORNIA

In The Hughes Court : Court Of Record

ED CV16-02647 PSG (KKx)

I: michael jay hughes a man ( owner of the property MICHAEL JAY HUGHES )

Aggrieved – Wronged – Harmed

Claimant

---

Wrongdoers

Chris Bates a man and CHRIS BATES A PERSON acting as an OFFICER OF THE CALIFORNIA HIGHWAY PATROL station location 31230 Hilltop Blvd. Running Springs California 92382

Michael Cronshey a man and owner of Mountain Auto and Towing location 27562 Rim Of The World Lake Arrowhead California 92352

Order

CLAIMS : TRESPASS AND ORDER FOR THE IMMEDIATE

## RESTORATION OF MY PRIVATE PROPERTY AND COMPENSATION

A 1989 Lincoln Town Car Limousine Vin # 1LNBMB1F7KY618947 and one hundred and fifty dollars per day from each wrongdoer commencing on December 10 2016 when my private property was robbed from me by force and color of law and right to travel as a man was breeched all under duress. My property is being held by force at Mountain Auto and Towing

I a man michael jay hughes herein to be true – my word is my bond - all rights reserved

NOTICE TO OFFFICERS OF THE COURT: Upon penalty for TRESPASS upon my case this is a common law claim in a Court of Record. Claimant at no time will be presumed a Plaintiff or my claim a Complaint.

December 27 2016



(1)

GUASTI POST OFFICE JAN -3 ... GUASTI CA 91743

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I:michael jay hughes a man (owner of the property MICHAEL JAY HUGES) ~~PLAINTIFF~~(S) v. ~~DEFENDANT~~(S) | CASE NUMBER EDCV16-02647 PSG (KKx) |
| | **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: ______________________

Filed date: December 28, 2016 Document Number(s): ______________________

☐ Incorrect case number ______________ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is ______________

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: ________

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: ______________ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ______________ to ☐ Judge ☐ Magistrate Judge ______________ . The initials of the new judge(s) are: ________

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ______________ has been reassigned to new case number ______________ .

☐ Case title is corrected from ______________ to ______________

☐ Document has been re-numbered as document number ______________

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is ______________ .

☐ Document is missing page number(s): ______________

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ______________

☒ Other: Judges were assigned in error and case has now been assigned to a UA Judge. Document was also file stamped in error and should have been lodged.

CLERK, U.S. DISTRICT COURT

Date: December 28, 2016

By: L. Murray
Deputy Clerk

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Michael Jay Hughes
26215 Desert View
Apple Valley California 92308

20160705020697200
07/05/2016 11:21:30 AM
Bk: Pg:0 Pgs:3 UC1
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
Carolynn Caudill

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| Hughes | Michael | Jay | | Mr. |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 26215 Desert View | Apple Valley | Ca | 92308 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| Hughes | Michael | Jay | | Mr. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 26215 Desert View | Apple Valley | Ca | 92308 | |

4. COLLATERAL: This financing statement covers the following collateral:

MICHAEL JAY HUGHES the all capitalization of my birth name Michael Jay Hughes

Holder in due course of my personal persona – removing myself as commercial chattel property. Any accounts – stock and bonds – that are utilizing the name MICHAEL JAY HUGHES is now my property.Releasing myself as debt to the IMF from the 1933 bankrupcy of the USA This includes my original birth certificate UCC 1-308 all rights reserved

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

(3)

San Bernardino County
Recorder - Clerk
222 W. Hospitality Lane, 1st Floor
San Bernardino CA 92415-0022
855 REC-CLRK
www.sbcounty.gov/arc

'UBLICATION IS REQUIRED
F FIRST TIME FILING, REFILING
VITH CHANGES, OR FILING EXPIRED

12:07 PM
BOB DUTTON
ASSESSOR – RECORDER – CLERK
RS
SAN

Doc#: 20160001543
DocType: FBN
Pages: 2
Fees: $55.00
EcgID – 224710

# FICTITIOUS BUSINESS NAME STATEMENT

☑ NEW FILING - this is a: ☐ First Filing ☐ New Amended Filing ☐ Renewal

] ABANDONMENT: County of Original Filing ______ Date of Original Filing ______ File No. ______

:es: $55.00 Includes one registrant (please make check payable to "County Clerk")
$10.00 Each additional FBN name filed on same statement and operating at same location
$10.00 Each additional registrant
$ 4.00 Mail processing fee

:ase TYPE or PRINT legibly and firmly in DARK ink (no alterations). See reverse side for filing and publishing instructions. The determination whether or not blication is required by law is ENTIRELY THE RESPONSIBILITY OF THE REGISTRANT. Neither the County Clerk nor his deputies are permitted by law to give legal advice d/or assistance. THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

LIST FICTITIOUS BUSINESS NAME BELOW (as shown in the Articles of Inc./Org./Reg.): MICHAEL JAY HUGHES
Franchise No. (if applicable):
County of Principal Place of Business: San Bernardino

Street Address of Principal Place of Business (P.O. Box or PMB address NOT acceptable): 26215 Desert View
City: Apple Valley | State: CA. | Zip Code: 92308

Mailing Address (Optional): SAME AS Above
City: | State: | Zip Code:

(1) Name of Individual Registrant (First name): Michael | (Middle initial only): J | (Last name): Hughes

(1) Name of corporation or limited liability company as shown in the Articles of Inc./Org./Reg.:
State of Inc./Org. / Reg.: | Inc./Org./Reg. No.:

Residence Street Address/Corporation or LLC Street Address: 26215 Desert View
City: Apple Valley | State: CA | Zip Code: 92308

(2) Name of Individual Registrant (First name): | (Middle initial only): | (Last name):

(2) Name of corporation or limited liability company as shown in the Articles of Inc./Org./Reg.:
State of Inc./Org. / Reg.: | Inc./Org./Reg. No.:

Residence Street Address/Corporation or LLC Street Address:
City: | State: | Zip Code:

List any additional names on additional form

(CHECK ONE ONLY) This business is/was conducted by:

☑ An Individual
☐ A General Partnership
☐ A Limited Partnership
☐ A Limited Liability Company
☐ A Limited Liability Partnership
☐ An Unincorporated Assoc. Other Than a Partnership
☐ A Corporation
☐ Copartners
☐ A Married Couple
☐ State or Local Registered Domestic Partners
☐ A Joint Venture
☐ A Trust

ASSESSOR-RECORDER-CLERK SAN BERNARDINO COUNTY CALIFORNIA
FEB 09 2016
Rhea Smith

Registrant commenced to transact business under the fictitious business name or names listed above on (do not enter a future date). (If registrant has not yet commenced to transact business, insert the statement "Not applicable"). N/A
Month, Day, Year

BY SIGNING BELOW, I DECLARE THAT I HAVE READ AND UNDERSTAND THE REVERSE SIDE OF THIS FORM AND THAT ALL INFORMATION IN THIS STATEMENT IS TRUE AND CORRECT. A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).) I am also aware that all information on this statement becomes public record upon filing pursuant to the California Public Records Act (Government Code Sections 6250-6277).

Sign below (see instructions on reverse for signature requirements):

Signature: [signature]
Printed Name of Person Signing: Michael Jay Hughes
Printed Title of Person Signing: ______
Date: 2-9-2016

:E–IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS ? ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A ;TERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. THE FILING OF THIS STATEMENT DOES NOT OF F AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

'19/16

7016 2070 0000 5953 3163

U.S. POSTAGE
PAID
GUASTI, CA
91743
JAN 03, 17
AMOUNT
1000
92501
$4.45
R2305H127713-19

POST OFFICE
JAN -3 2017
GUASTI CA 91743

Michael Jay Hughes

26215 Desert View

Apple Valley California ( 92308 )

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN - 5 2017
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

C/0 L Murray Deputy Clerk

3470 Twelfth Street Room 134

Riverside Ca. 92501

2. PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE